IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WESLEY WALLACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-22-0036-C |
| ) | |
| KILOLO KIJAKAZI, Acting Commissioner ) | |
| of the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This action for judicial review of the Commissioner's denial of disability insurance benefits was referred for initial proceedings to United States Magistrate Judge Shon T. Erwin, consistent with 28 U.S.C. § 636(b)(1)(B). Judge Erwin entered a Report and Recommendation on September 29, 2022, recommending that the decision of the Commissioner be reversed and remanded for further administrative proceedings. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 18) of the Magistrate Judge is adopted in its entirety, and this matter is reversed and remanded to the Commissioner for further administrative proceedings. A judgment shall enter accordingly.

IT IS SO ORDERED this 18th day of October 2022.

ROBIN J. CAUTHRON
United States District Judge